IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2024 JAN 17 PM 4:12
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED** |
| Plaintiff, | 4:24CR3008 |
| vs. | INDICTMENT |
| JESSICA BINEGAR a/k/a JESSICA KEO, JOHN HERNANDEZ a/k/a HBOY, BRAD LEEPER, | 21 U.S.C. § 841(a)(1), (b)(1)(C) 18 U.S.C. § 2 18 U.S.C. § 922(g)(1), 924(a)(8) |
| Defendants. | |

The Grand Jury charges that

## COUNT I
(Distribution Of Methamphetamine)

On or about March 22, 2022, in the District of Nebraska, defendants JESSICA BINEGAR, a/k/a JESSICA KEO and JOHN HERNANDEZ, a/k/a HBOY, did knowingly and intentionally distribute five grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT II
(Distribution Of Methamphetamine)

On or about May 16, 2022, in the District of Nebraska, defendant JESSICA BINEGAR, a/k/a JESSICA KEO, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT III
(Distribution of Methamphetamine)

On or about June 13, 2022, in the District of Nebraska, defendants JESSICA BINEGAR, a/k/a JESSICA KEO and BRAD LEEPER did knowingly and intentionally distribute five grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), and Title 18, United States Code, Section 2.

## COUNT IV
(Felon in Possession of a Firearm)

On or about February 1, 2022 through on or about February 19, 2022, in the District of Nebraska, defendant BRAD LEEPER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

Possession of a Controlled Substance in violation of Neb. Rev. Stat. § 28-416 in the District Court of Keith County, Nebraska at case number CR05-24 with a date of conviction of on or about March 2, 2006;

Possession of a Controlled Substance in violation of Neb. Rev. Stat. § 28-416 in the District Court of Keith County, Nebraska at case number CR05-42 with a date of conviction of on or about March 2, 2006;

Attempted Burglary in violation of Neb. Rev. Stat. § § 28-201, 28-507 in the District Court of Lincoln County, Nebraska at case number CR18-393 with a date of conviction of on or about June 17, 2019.

did knowingly possess a shotgun, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By: _____
DANIELLE FLIAM
Assistant U.S. Attorney